**Order entered September 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00717-CV

**JOE ERVIN LOCKRIDGE, Appellant**
**V.**
**ASHLEY RENEE SAYLORS, NANCY KNOX-BIERMAN, AND**
**STEPHANIE MARTIN, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-02578**

### ORDER

Before the Court is appellant's motion for extension of time to file an affidavit of inability to pay costs. We note the clerk's record contains a copy of an affidavit of inability to pay filed on September 9, 2020 and a copy of an affidavit of inability to pay filed on February 25, 2021. Because nothing reflects the trial court ordered appellant to pay costs, appellant is not required to pay costs, and an affidavit of inability to pay costs need not be filed in this Court. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 20.1. Accordingly, we **DENY** appellant's motion as moot.

/s/    KEN MOLBERG
           JUSTICE